UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO. 1:18-mj-117 |
| | ) |
| V. | ) ORDER SEALING CRIMINAL |
| | ) COMPLAINT AND AFFIDAVIT |
| ANTHONY MOORE-POWELL | ) |
| | ) |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, requesting that the Criminal Complaint and Affidavit in support of the Criminal Complaint, along with the government's sealing motion and this Order be sealed until January 1, 2019, or before such date upon, further order from this Court, in order to protect the secrecy and integrity of an ongoing criminal investigation, and the Court being fully advised,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the Criminal Complaint and Affidavit in support of the Criminal Complaint, along with the Government's Motion to Seal and this Order, shall be sealed and remain sealed until January 1, 2019, or before such date, upon further order from this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: November 16, 2018

W. Carleton Metcalf
United States Magistrate Judge